I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO (SEE BELOW) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE

TO: DATE: DEPUTY CLERK:
Plaintiff 04/11/18 DV

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JASON EDWIN DEVORE,<br><br>Plaintiff,<br><br>v.<br><br>DAVID R. DOMINGUEZ,<br><br>Defendant. | No. CV 15-6291-JAK (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made.

IT IS HEREBY ORDERED that:

1. The Magistrate Judge's Report and Recommendation is approved and accepted.

2. Defendants' motion to dismiss is granted.

3. Plaintiff's claims against Defendants McDonnell and McDonald in their official capacity are dismissed without leave to amend.

4. Plaintiff's remaining claims are dismissed with leave to amend. If Plaintiff wishes to pursue this action, he is ORDERED to file a Third Amended Complaint within twenty-eight (28) days of the date of this Order that is limited to his claims against Defendants in their individual capacity and corrects the deficiencies identified in the Magistrate Judge's Report. A failure timely to file a Third Amended Complaint, will result in the dismissal of the action with prejudice.

Dated: April 10, 2018

_____
JOHN A. KRONSTADT
United States District Judge