JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JASON EDWIN DEVORE, <br><br> Plaintiff, <br><br> v. <br><br> DAVID R. DOMINGUEZ, et al., <br><br> Defendants. | Case No. CV 15-06291-MCS (DFM) <br><br> JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Fourth Amended Complaint is dismissed without leave to amend.

Date: April 20, 2021

_____
MARK C. SCARSI
United States District Judge